AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

JENNIFER WADIAK GALATRO,
Personally and as Personal Representative of
the Estate of EDWARD JAMES WADIAK,

Plaintiffs,

V.

BELL HELICOPTER TEXTRON, INC.,
a Delaware corporation;
ROLLS ROYCE CORPORATION,
an international corporation;
JACK HARTER, an individual;
JACK HARTER HELICOPTER, INC.,
inclusive,

Defendants.

JUDGMENT IN A CIVIL CASE

CIVIL 04-00471DAE-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 21, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Dismissal of Action without Prejudice is GRANTED, and is Granted pursuant to the "ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THE ACTION WITHOUT PREJUDICE" filed on March 21, 2006.

| March 21, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |